(Reap. Dec. 8306)

FORD MOTOR COMPANY *v.* UNITED STATES

Entry No. 9185, etc.

(Decided April 14, 1954)

*Duane D. Freese* and *John A. Moekle* for the plaintiff.
*Warren E. Burger,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement listed in schedule "A," hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed, by and between counsel for Plaintiff and the Assistant Attorney General for the United States, as follows:

1. That rough iron castings identified by Ford Part Numbers 8BA–9430 and 8BA–9431 on the entries concerned in the reappraisement numbers listed below are similar in all material respects to the rough iron castings subject of *Ford Motor Company* v. *United States,* Reappraisement No. 180816–A, wherein the court held (A. R. D. 9, 29 Cust. Ct. 553) that such castings should be appraised on the basis of cost of production at the following values:

| | Right-hand castings (8BA–9430) (Canadian) | Left-hand castings (8BA–9431) (Canadian) |
|---|---|---|
| Material and labor | $0. 3464 | $0. 2957 |
| Pattern cost | 2. 54105 | 2. 54105 |
| Usual general expenses | 0. 3097 | 0. 3021 |
| | 3. 19715 | 3. 13885 |
| Profit (10 per centum) | 0. 31971 | 0. 313885 |
| | 3. 51686 | 3. 452735 |

The quantities listed below show the number and identification of castings to which the item of pattern costs are to be allocated in each enumerated case:

| Reappraisement No. | Appeal No. | Entry No. | Number of Rough Iron Castings— 8BA–9430 | Number of Rough Iron Castings— 8BA–9431 |
|---|---|---|---|---|
| (180816–A) | (1845) | (9168) | (400) | (1560)—(Decided case) |
| 180817–A | 1846 | 9185 | 300 | 1500 |
| 180818–A | 1847 | 9481 | 1750 | ---- |
| 180819–A | 1848 | 9551 | 1127 | 592 |
| 180820–A | 1849 | 9704 | 800 | 900 |
| 180821–A | 1850 | 9820 | 800 | 900 |
| 180822–A | 1851 | 10026 | 965 | 454 |
| 180823–A | 1852 | 10178 | ---- | 1174 |
| 180824–A | 1853 | 10354 | 900 | 1457 |
| 180825–A | 1854 | 10357 | 990 | 760 |
| 180826–A | 1855 | 10517 | 1300 | 703 (only) |
| 180827–A | 1856 | 10928 | 668 (only) | ---- |
| | | Totals | 10000 | 10000 |

2. It is agreed that the profit to be added to the other costs of these castings is the minimum statutory percentage of 8 per centum of the cost of material and labor, pattern cost and usual general expenses, making their cost of production as follows:

| | Right-hand castings (8BA–9430) (Canadian) | Left-hand castings (8BA–9431) (Canadian) |
|---|---|---|
| Material and labor | $0. 3464 | $0. 2957 |
| Pattern cost | 2. 54105 | 2. 54105 |
| Usual general expenses | 0. 3097 | 0. 3021 |
| | 3. 19715 | 3. 13885 |
| Profit (8 per centum) | 0. 25577 | 0. 25110 |
| | 3. 45292 | 3. 38995 |

3. That in connection with the remainder of the castings, 8BA–9430 and 8BA–9431, involved in Reappraisement Nos. 180826–A and 180827–A, and all of the castings involved in Reappraisement No. 180835–A, pattern equipment expense is not a part of the value of such castings since the pattern cost has been completely spread over castings of these types in connection with the reappraisements listed in paragraph 1 of this stipulation under the principle of the decision in Reappraisement No. 180816–A, and their cost of production is as follows:

| | Right-hand castings (8BA–9430) (Canadian) | Left-hand castings (8BA–9431) (Canadian) |
|---|---|---|
| Material and labor | $0. 3464 | $0. 2957 |
| Usual general expenses | 0. 3097 | 0. 3021 |
| | 0. 6561 | 0. 5978 |
| Profit (10 per centum) | 0. 06561 | 0. 05978 |
| | 0. 72171 | 0. 65758 |

4. That Plaintiff also imported certain other rough iron castings bearing Ford Part Numbers 8CM–9430 and 8CM–9431, which, although not identical with the castings involved in Reappraisement No. 180816–A, are governed by similar principles.

5. That in connection with rough iron castings 8CM–9430 and 8CM–9431, the value of pattern equipment was $56,932.89 (Canadian funds) to be spread over initial orders of 20,000 of each type of casting or a total of 40,000 castings.

6. That the cost of production of the castings imported under the Reappraisement Nos. listed below is as follows:

|  | Right-hand castings (8CM–9430) (Canadian) | Left-hand castings (8CM–9431) (Canadian) |
|---|---|---|
| Material and labor | $0. 3050 | $0. 2598 |
| Pattern cost | 1. 42332 | 1. 42332 |
| Usual general expenses | 0. 3405 | 0. 3200 |
|  | 2. 06882 | 2. 00312 |
| Profit (8 per centum) | 0. 16551 | 0. 16025 |
|  | 2. 23433 | 2. 16337 |

The quantities listed below show the number and identification of castings to which the item of pattern costs are to be allocated in each enumerated case:

| Reappraisement No. | Appeal No. | Entry No. | Number of Rough Iron Castings— 8CM–9430 | Number of Rough Iron Castings— 8CM–9431 |
|---|---|---|---|---|
| 180828–A | 1857 | 11966 | 1500 | 1500 |
| 180829–A | 1858 | 12184 | 2536 | 2920 |
| 180830–A | 1859 | 12330 | 1550 | 1750 |
| 180831–A | 1860 | 12482 | 2185 | 2250 |
| 180332–A | 1861 | 12600 | 2605 | 1475 |
| 180833–A | 1862 | 12739 | 1528 | 373 |
| 180834–A | 1863 | 12901 | 2161 | 1250 |
| 180836–A | 1865 | 12909 | 1453 | 700 |
| 180837–A | 1866 | 13027 | 1555 | 1650 |
| 180838–A | 1867 | 13168 | 1755 | 1300 |
| 180839–A | 1868 | 13192 | 1172 (only) | 1400 |
| 180840–A | 1869 | 13367 | ------ | 2740 |
| 180841–A | 1870 | 13369 | ------ | 692 (only) |
| Totals | | | 20000 | 20000 |

7. That for the balance of the castings, 8CM–9430 and 8CM–9431, appearing on Reappraisements 180839–A, 180840–A and 180841–A, pattern equipment expense is not a part of the value of such castings since the value of the pattern equipment has been completely spread over castings of these types in connection with the reappraisements listed in paragraph 6 of this stipulation under the

principle of the decision in Reappraisement No. 180816–A, and their cost of production is as follows:

|  | Right-hand castings (8CM–9430) (Canadian) | Left-hand castings (8CM–9431) (Canadian) |
|---|---|---|
| Material and labor | $0. 3050 | $0. 2598 |
| Usual general expenses | 0. 3405 | 0. 3200 |
|  | 0. 6455 | 0. 5798 |
| Profit (10 per centum) | 0. 06455 | 0. 05798 |
|  | 0. 71005 | 0. 63778 |

8. It is further stipulated and agreed that the record in the cited case may be incorporated as part of the record of these cases, and that the appeals for reappraisement listed herein be submitted on this stipulation.

On the agreed facts, I find the cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved and that such values were:

| Casting No. | Reappraisement No. | Entry No. | Quantity | Canadian dollars per each |
|---|---|---|---|---|
| 8BA–9430 | 180817–A | 9185 | 300 | 3. 45292 |
|  | 180818–A | 9481 | 1750 |  |
|  | 180819–A | 9551 | 1127 |  |
|  | 180820–A | 9704 | 800 |  |
|  | 180821–A | 9820 | 800 |  |
|  | 180822–A | 10026 | 965 |  |
|  | 180824–A | 10354 | 900 |  |
|  | 180825–A | 10357 | 990 |  |
|  | 180826–A | 10517 | 1300 |  |
|  | 180827–A | 10928 | 668 (only) |  |

| Casting No. | Reappraisement No. | Entry No. | Quantity | Canadian dollars per each |
|---|---|---|---|---|
| 8BA–9431 | 180817–A | 9185 | 1500 | 3. 38995 |
|  | 180819–A | 9551 | 592 |  |
|  | 180820–A | 9704 | 900 |  |
|  | 180821–A | 9820 | 900 |  |
|  | 180822–A | 10026 | 454 |  |
|  | 180823–A | 10178 | 1174 |  |
|  | 180824–A | 10354 | 1457 |  |
|  | 180825–A | 10357 | 760 |  |
|  | 180826–A | 10517 | 703 (only) |  |

| Casting No. | Reappraise-ment No. | Entry No. | Quantity | Canadian dollars per each |
|---|---|---|---|---|
| 8CM–9430 | 180828–A | 11966 | 1500 | 2. 23433 |
| | 180829–A | 12184 | 2536 | |
| | 180830–A | 12330 | 1550 | |
| | 180831–A | 12482 | 2185 | |
| | 180832–A | 12600 | 2605 | |
| | 180833–A | 12739 | 1528 | |
| | 180834–A | 12901 | 2161 | |
| | 180836–A | 12909 | 1453 | |
| | 180837–A | 13027 | 1555 | |
| | 180838–A | 13168 | 1755 | |
| | 180839–A | 13192 | 1172 (only) | |

| Casting No. | Reappraise-ment No. | Entry No. | Quantity | Canadian dollars per each |
|---|---|---|---|---|
| 8CM–9431 | 180828–A | 11966 | 1500 | 2. 16337 |
| | 180829–A | 12184 | 2920 | |
| | 180830–A | 12330 | 1750 | |
| | 180831–A | 12482 | 2250 | |
| | 180832–A | 12600 | 1475 | |
| | 180833–A | 12739 | 373 | |
| | 180834–A | 12901 | 1250 | |
| | 180836–A | 12909 | 700 | |
| | 180837–A | 13027 | 1650 | |
| | 180838–A | 13168 | 1300 | |
| | 180839–A | 13192 | 1400 | |
| | 180840–A | 13367 | 2740 | |
| | 180841–A | 13369 | 692 (only) | |

As to the remainder of the castings 8BA–9430 and 8BA–9431 involved in reappraisements 180826–A and 180827–A, and all of the castings involved in reappraisement 180835–A, such values were:

| Casting No. | Canadian dollars per each |
|---|---|
| 8BA–9430 | 0. 72171 |
| 8BA–9431 | 0. 65758 |

As to the balance of the castings 8CM–9430 and 8CM 9431 involved in reappraisements 180839–A, 180840–A, and 180841–A, such values were:

| Casting No. | Canadian dollars per each |
|---|---|
| 8CM–9430 | 0. 71005 |
| 8CM–9431 | 0. 63778 |

Judgment will be rendered accordingly.